# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ARNOLDO NAVARETTE,

    Plaintiff,

v.                                                      No. 18-cv-0057 WJ/SMV

CORIZON LLC, FNU WALDEN,
NORTHEASTERN NEW MEXICO
DETENTION FACILITY, and GEO GROUP,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b) AND TO MAKE PAYMENTS OR SHOW CAUSE

THIS MATTER is before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Plaintiff Arnoldo Navarette on February 16, 2018. [Doc. 6]. Because the Court grants the application, the filing fee for this civil rights complaint is $350.00. Pursuant to § 1915(b)(1), Plaintiff is required to make installment payments until the full amount of the filing fee is paid. Based on analysis under § 1915(b)(1) of Plaintiff's inmate account statement, [Doc. 6] at 3–4, the Court finds that Plaintiff owes an initial partial payment of $17.47. If Plaintiff fails to make a payment by the designated deadline or show cause why such payment should be excused, the civil rights complaint may be dismissed without further notice.

**IT IS THEREFORE ORDERED** that the Application to Proceed in District Court Without Prepaying Fees or Costs filed by Plaintiff Arnoldo Navarette on February 16, 2018 [Doc. 6] is **GRANTED**.

**IT IS FURTHER ORDERED** that, within 30 days of entry of this Order, Plaintiff send the Clerk an initial partial payment of $17.47 or show cause why payment should be excused.

**IT IS FURTHER ORDERED** that the Clerk provide Plaintiff with two copies of this Order, and that Plaintiff make the necessary arrangements to attach one copy of this Order to the check in the $17.47 amount of the initial partial payment.

**IT IS FURTHER ORDERED** that, after payment of the $17.47 initial partial fee, Plaintiff make monthly payments of 20% of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**