# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

ARNOLDO NAVARETTE,

    Plaintiff,

v.                                                       No. 18-cv-0057 WJ/SMV

CORIZON LLC, FNU WALDEN,
NORTHEASTERN NEW MEXICO
DETENTION FACILITY, and GEO GROUP,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his original Complaint against Defendants on January 17, 2018. [Doc. 1] at 1. He amended his Complaint on October 17, 2018, with the assistance of counsel. [Doc. 23]. More than 180 days have passed since counsel filed the Amended Complaint, but there is no indication on the record that service of process has been effected. This time far exceeds the 90-day time limit.[1] *See* Fed. R. Civ. P. 4(m) (2015).

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file his response no later than **May 10, 2019**.

**IT IS SO ORDERED.**

                                                                          **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**

---

[1] The Court is aware that Plaintiff proceeds *in forma pauperis*, [Doc. 7], which allows him to request the Court's assistance in effecting service of process. *See* [Doc. 18] at 2. However, Plaintiff has not requested such assistance despite the Court's explicit invitation to do so. *Id.*